1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  GEORGE L. BEVAN JR. (CSBN 65207)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA, 94612
       Telephone: 510-637-3689
7                  415-308-7976
       Fax 510-637-3679
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,        )   Case No. 4-06-70107-WDB
                                    )
15         Plaintiff,               )
                                    )
16    v.                            )   STIPULATION AND ORDER
                                    )   RESCHEDULING DEFENDANT'S
17                                  )   APPEARANCE
                                    )
18 RODERICK A. SHACKELFORD          )
   WILLIAMS,                        )
19                                  )
           Defendant.                )
20 _____ )

21
           The defendant, Roderick A. Williams, and the United States, through their
22
   respective counsel, hereby stipulate and agree to reschedule the defendant's appearance to
23
   **April 12, 2006, at 10:00 a.m.**  CJA panel counsel Michael Berger was recently appointed
24
   counsel for defendant, and the currently scheduled date of April 11, 2006 conflicts with
25
   another commitment on his calendar.
26
           Moreover, the parties stipulate to exclude period between April 6, 2006 and April
27
   11, 2006, for purposes of the Speedy Trial Act in the interests of justice, given the need
28
   for effective representation,  the complexity of this case, and the need to review discovery

1 | provided by the government.
2 |
3 |
4 | Dated:   4-10-06                     /s/
5 |                                      MICHAEL BERGER, ESQ.
  |                                      Counsel for Defendant
6 |
7 |          _____      KEVIN V. RYAN
  |                                      United States Attorney
8 |
9 | Dated:   4-10-06                     /s/
  |                                      GEORGE L. BEVAN JR.
10|                                      Assistant United States Attorney
11|
12|
13| IT IS SO ORDERED.
14|
15|
  | Dated:  April 11, 2006
16|
17|
18|
19|                                      _____
  |                                      WAYNE D. BRAZIL
20|                                      United States Magistrate Judge