| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321) |
| 2 | United States Attorney |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | GEORGE L. BEVAN JR. (CSBN 65207)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA, 94612 |
| 7 | Telephone: 510-637-3689<br>         415-308-7976 |
| 8 | Fax 510-637-3679 |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4-06-70107-WDB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER<br>RESCHEDULING DEFENDANT'S<br><u>APPEARANCE</u> |
| RODERICK A. SHACKELFORD WILLIAMS, | ) | |
| Defendant. | ) | |

The defendant, Roderick A. Williams, and the United States, through their respective counsel, hereby stipulate and agree to reschedule the defendant's appearance to **April 12, 2006, at 10:00 a.m.** CJA panel counsel Michael Berger was recently appointed counsel for defendant, and the currently scheduled date of April 11, 2006 conflicts with another commitment on his calendar.

Moreover, the parties stipulate to exclude period between April 6, 2006 and April 11, 2006, for purposes of the Speedy Trial Act in the interests of justice, given the need for effective representation, the complexity of this case, and the need to review discovery

1  provided by the government.
2
3
4  Dated:   4-10-06                              /s/
                                          MICHAEL BERGER, ESQ.
5                                         Counsel for Defendant
6
7                                         KEVIN V. RYAN
                                          United States Attorney
8
9  Dated:   4-10-06                              /s/
                                          GEORGE L. BEVAN JR.
10                                        Assistant United States Attorney
11
12
13
14  IT IS SO ORDERED.
15
    Dated:  April 11, 2006
16
17
18                                        _____
19                                        WAYNE D. BRAZIL
                                          United States Magistrate Judge
20
21
22
23
24
25
26
27
28

2